The judgment is reversed and the cause remanded.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

### TENNON v. STATE.
#### No. 19943.

Court of Criminal Appeals of Texas.
June 15, 1938.

Percy Foreman, of Houston, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The conviction is for the unlawful possession of whisky under a retailer's permit to sell wine and beer; penalty assessed at confinement in the county jail for five days.

The complaint and information appear regular. The record is before this court without statement of facts or bills of exception.

Nothing has been perceived in the record which would justify a reversal of the judgment. It is therefore affirmed.